**Dated: January 29, 2019**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: RANDALL PARKER PHILLIPS & | ) | CASE NO. 18-10786-JDL |
| AMBER LARAE SNAKE | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

### ORDER GRANTING MOTION TO DECONSOLIDATE

This matter comes for consideration upon Amber Larae Snake's Motion to Deconsolidate Joint Case filed herein on the 14th day of January, 2019. Counsel represents that said motion was filed and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date to file a response or objection was January 28, 2019, which has passed with no response or objection thereto being filed and served. Therefore, the motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that motion to deconsolidate filed by Amber Larae Snake will be and the same is hereby GRANTED, and that her Chapter 13 case will be deconsolidated from that of her spouse.

**IT IS ALSO ORDERED, ADJUDGED AND DECREED** that a new case number shall be issued to Amber Larae Snake.

**All findings of fact and conclusions are based upon representation of counsel for the Debtor.**

####


Approved for Entry:


/s/Dekovan L. Bowler
DEKOVAN L. BOWLER OBA#15193
BOWLER & ASSOCIATES, P.C.
8333 S.E. 15th Street
Midwest City, Oklahoma 73110
dlbowler@hotmail.com
(405) 733-3000 Office
(405) 455-3558 Fax
**ATTORNEY FOR THE DEBTOR**